UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
EPAMINONDA, EPAMINONDAS CHRISTOU

Case No. 08-54160 PJS
Chapter 7
HON. Phillip J. Shefferly

_____ Debtor(s). _____ /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Midwest Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 6 | $35.29 |
| | **TOTAL** | **$35.29** |

Dated: February 25, 2010

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com